1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant CASBORN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00642 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS HEARING** |
| v. ) | |
| ) | Hearing Date: October 2, 2009 |
| TERROL A. CASBORN, ) | Requested Date: October 16, 2009 |
| ) | |
| Defendant. ) | |
| _____ ) | |

The above-captioned matter is set on October 2, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to October 16, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between the date of this stipulation and October 16, 2009.

On July 8, 2009, the Grand Jury charged Mr. Casborn with two counts of armed bank robbery in violation 18 U.S.C. §§ 2113(a) & (d). He faces a maximum possible sentence of twenty five years in custody on each count. The current status of the case is that the government has produced discovery and the defense is still reviewing and processing the information provided, including complicated DNA evidence. The defense requires additional time to conduct an investigation and to review and collect certain records to determine the estimated Guidelines calculation and to determine whether or not there will be a negotiated disposition of

Stip to Continue, 09-00642 DLJ

1  the case.

2        The requested continuance will allow the defense to complete its review of the discovery,

3  to investigate the underlying facts of the case, and to obtain and review additional records, if

4  necessary.  The continuance will also allow the parties to continue plea negotiations.  The parties

5  agree that the failure to grant this continuance would unreasonably deny counsel for defendant

6  the reasonable time necessary for effective preparation, taking into account the exercise of due

7  diligence.  The parties further stipulate and agree that the time from October 2, 2009 to October

8  16, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18

9  U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of counsel.

10

11  September 30, 2009                                    /s/
                                                    DEBORAH R. DOUGLAS
12                                                   Assistant United States Attorney

13
    September 30, 2009                                    /s/
14                                                   ANGELA M. HANSEN
                                                    Assistant Federal Public Defender
15

16

17      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.           /S/ ANGELA M. HANSEN
18

19

20

21

22

23

24

25

26

Stip to Continue, 09-00642 DLJ                              2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and defendant in a speedy trial because the failure to grant the continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs time to review the discovery and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of October 2, 2009 is continued to October 16, 2009 at 9:00 a.m.  It is FURTHER ORDERED that time is excluded from October 2, 2009 to October 16, 2009 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

__October 1, 2009__
Date

D. LOWELL JENSEN
Senior United States District Judge